FILED ✓    ___ RECEIVED
___ ENTERED    ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

            2011

CLERK US DISTRICT COURT
   DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:08-CR-332-JCM (GWF) |
| ) | |
| JEFFREY CURTIS BIGSBY, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

This Court found on May 26, 2010 that JEFFREY CURTIS BIGSBY shall pay a criminal forfeiture money judgment of $4,128,554.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Sections 982(a)(2)(A) and 982(a)(2)(B); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JEFFREY CURTIS BIGSBY a criminal forfeiture money judgment in the amount of $4,128,554.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Sections 982(a)(2)(A) and 982(a)(2)(B); and Title 21, United States Code, Section 853(p).

DATED this 15th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE